SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>Plaintiff;<br><br>vs.<br><br>Narendra D. Waland, et al,<br><br>Defendants | Case No.2:12-cv-00936-TLN-KJN<br><br>**ORDER RE: STIPULATION FOR DISMISSAL**<br><br>**Court to Retain Jurisdiction** |

IT IS SO ORDERED that the above-entitled action be and is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A). It is also ordered that, the Court shall retain jurisdiction for a period of eighteen (18) months over this action and the parties hereto, in order to enforce the terms of the settlement agreement.

Dated: July 31, 2014

_____
Troy L. Nunley
United States District Judge